

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-20-00124-CV

Billy **STONE** d/b/a Stobil Enterprise and All Occupants,
Appellant

v.

**K CLARK PROPERTY MANAGEMENT LLC**, Agent for Trans Ventura LLC Series B,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV00366
Honorable J Frank Davis, Judge Presiding

# O R D E R

On February 26, 2020, appellant filed a motion for reconsideration. After consideration, appellant's motion is **DENIED**. *See Morse v. Fed. Nat'l Mortg. Ass'n*, No. 05-18-00999-CV, 2018 WL 4784585, at \*1 (Tex. App.—Dallas Oct. 4, 2018, no pet.) (mem. op.) ("A defendant's indigence does not relieve him of the obligation to file a supersedeas bond.").

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court